**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF MISSOURI

Case number *(if known)* _____   Chapter __11__

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/20

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Double G Brands, Inc.** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **43-1011484** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **2243 Rose Lane** <br> **Pacific, MO 63069-1167** <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Franklin** <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ |

Debtor    **Double G Brands, Inc.**                                                     Case number (*if known*) _____
　　　　　Name

---

**7.** **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
　See http://www.uscourts.gov/four-digit-national-association-naics-codes.
　　__4244__

---

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

District _____  When _____  Case number _____

District _____  When _____  Case number _____

---

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

Debtor _____  Relationship _____

District _____  When _____  Case number, if known _____

---

Debtor    **Double G Brands, Inc.**                                    Case number (*if known*) _____
          Name

Debtor    **Double G Brands, Inc.**                                          Case number (*if known*) _____
_____
Name

| | | |
|---|---|---|
| **11.** | **Why is the case filed in this district?** | *Check all that apply:* |

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

| | | |
|---|---|---|
| **12.** | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ■ No<br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed. |

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                         Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency  _____

        Contact name      _____

        Phone             _____

---

### ■ Statistical and administrative information

| | | |
|---|---|---|
| **13.** | **Debtor's estimation of available funds** | *Check one:* |

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

| | | | | |
|---|---|---|---|---|
| **14.** | **Estimated number of creditors** | ■ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than100,000 |

| | | | | |
|---|---|---|---|---|
| **15.** | **Estimated Assets** | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>■ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |

| | | | | |
|---|---|---|---|---|
| **16.** | **Estimated liabilities** | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ■ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |

Debtor    **Double G Brands, Inc.**                                            Case number (*if known*) _____
      Name

---

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 10, 2020**
               MM / DD / YYYY

**X** **/s/ Glenda S. Hoerstkamp**                    **Glenda S. Hoerstkamp**
Signature of authorized representative of debtor          Printed name

Title _____

**18. Signature of attorney**

**X** **/s/ Spencer P. Desai**                    Date **June 10, 2020**
Signature of attorney for debtor                        MM / DD / YYYY

**Spencer P. Desai 39877**
Printed name

**Carmody MacDonald P.C.**
Firm name

**120 S. Central Ave., Suite 1800**
**Saint Louis, MO 63105**
Number, Street, City, State & ZIP Code

Contact phone    **314-854-8600**    Email address    **spd@carmodymacdonald.com**

**39877 MO**
Bar number and State

---

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Double G Brands, Inc.** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF MISSOURI |
| Case number (if known) | _____ |

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | Declaration and signature |
|---|---|

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration   _____

I declare under penalty of perjury that the foregoing is true and correct.

| Executed on | **June 10, 2020** | **X /s/ Glenda S. Hoerstkamp** |
|---|---|---|
| | | Signature of individual signing on behalf of debtor |
| | | **Glenda S. Hoerstkamp** |
| | | Printed name |
| | | _____ |
| | | Position or relationship to debtor |

Official Form 202                **Declaration Under Penalty of Perjury for Non-Individual Debtors**

| Fill in this information to identify the case: | | |
|---|---|---|
| Debtor name | **Double G Brands, Inc.** | |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF MISSOURI** | ☐ Check if this is an |
| Case number (if known): | _____ | amended filing |

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Clean the Uniform Company PO Box 840140 Kansas City, MO 64184-0140 | | trade debt | | | | $2,829.55 |
| Commodity Plus 2726 Mall Drive Eau Claire, WI 54701 | | trade debt | | | | $30,283.72 |
| Cryovac, Inc. 2313 SW Lower Lake Rd Saint Joseph, MO 64504 | | trade debt | | | | $18,472.00 |
| Donald Hoerstkamp 15 Berry Bluff Ct. Ballwin, MO 63011 | | loan | | | | $15,000.00 |
| Glenda Hoerstkamp 15 Berry Bluff Ct. Ballwin, MO 63011 | | loan | Unliquidated | | | $150,000.00 |
| Gunther Salt Co. 101 Buchanan Ave Saint Louis, MO 63147 | | trade debt | | | | $4,233.53 |
| Harcros Chemicals, Inc. 4330 Geraldine Ave Saint Louis, MO 63115 | | trade debt | | | | $6,947.28 |
| Hogan Truck Leasing, Inc. c/o Justin Ladendorf Lewis  Rice LLC 600 Washington Ave, Suite 2500 KS 66310-1000 | | truck lease claim | | | | $147,443.04 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **Double G Brands, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **International Food Products Corp 150 Larkin Williams Ind. Ct Fenton, MO 63026** | | trade debt | | | | **$2,107.74** |
| **Northwood Foods Inc. 1105 8th Street N Northwood, IA 50459** | | trade debt | | | | **$45,896.72** |
| **Progress Service Group, Inc. 11124 South Towne Sq.  #101 Saint Louis, MO 63123** | | trade debt | | | | **$902.63** |
| **Schmidt Equipment & Supply 8064 Chivvid Drive Saint Louis, MO 63123** | | trade debt | | | | **$2,626.80** |
| **Sure Good Foods Ltd. 7000 Central Parkway #1100 Atlanta, GA 30328** | | trade debt | | | | **$249,007.13** |
| **Trinity Logistics 345 Marshall Road ATTN: Jim Simon Saint Louis, MO 63119** | | trade debt | | | | **$3,579.57** |
| **UFCW Local 655 300 Weidman Road Ballwin, MO 63011** | | unpaid sick pay and accrued vacation pay | | | | **$11,229.72** |
| **United Food & Comm Pension Fund P.O. Box 6000 Frankfort, IL 60423** | | Pension Plan withdrawal liability | Unliquidated Disputed | | | **$648,399.00** |
| **Viscofan 915 N. Michigan Ave Danville, IL 61834** | | trade debt | | | | **$2,264.60** |
| **Weber Inc. 10701 N. Ambassador Dr. Kansas City, MO 64153** | | trade debt | | | | **$1,271.95** |
| **Witte Brothers Exchange Inc. 575 Witte Industrial Court Troy, MO 63379** | | trade debt | | | | **$3,434.87** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor  **Double G Brands, Inc.**                                    Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Wunderlich Fibre Box Co. 821 Clinton St. Saint Louis, MO 63102** | | **trade debt** | | | | **$8,199.89** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Bush Brothers, Inc.
1111 W. Eads Street
Urbana, IL 61801

Cintas Corporation
12400 Olive Blvd., Ste 555
Saint Louis, MO 63141

Clean the Uniform Company
PO Box 840140
Kansas City, MO 64184-0140

Commerce Bank
8000 Forsyth Blvd.
Saint Louis, MO 63105

Commodity Plus
2726 Mall Drive
Eau Claire, WI 54701

Cryovac, Inc.
2313 SW Lower Lake Rd
Saint Joseph, MO 64504

Donald Hoerstkamp
15 Berry Bluff Ct.
Ballwin, MO 63011

Ellen Kennedy
Dinsmore & Shohl
100 E. Main St. Suite 900
Lexington, KY 40507

Flavorseal
35179 Avon Commerce Pkwy
Avon, OH 44011

Garrett Paper, Inc.
3140 Park Ave.
Saint Louis, MO 63104

Glenda Hoerstkamp
15 Berry Bluff Ct.
Ballwin, MO 63011

Glenda Hoerstkamp
15 Berry Bluff Ct.
Ballwin, MO 63011

Grainger, Inc.
Dept 809435183
PO Box 419267
Kansas City, MO 64141-6267

Gunther Salt Co.
101 Buchanan Ave
Saint Louis, MO 63147

Hantover, Inc.
P.O. Box 410646
Kansas City, MO 64141

Harcros Chemicals, Inc.
4330 Geraldine Ave
Saint Louis, MO 63115

Hogan Truck Leasing, Inc.
c/o Justin Ladendorf
Lewis  Rice LLC
600 Washington Ave, Suite 2500
KS 66310-1000

Home City Ice
2120 Ice St.
Pacific, MO 63069

Internal Revenue Service
P.O. Box 66778
STOP5334STL
Saint Louis, MO 63166

International Food Products Corp
150 Larkin Williams Ind. Ct
Fenton, MO 63026

Kenneth Cripe
Richard T. Avis - Atty at Law
P.O. Box 31579
Chicago, IL 60631

Macson Meat Trading
1121 Warren Ave.
Downers Grove, IL 60515

Missouri Department of Revenue
Bankruptcy Unit
P.O. Box 475
301 West High Street
Jefferson City, MO 65105

Northwood Foods Inc.
1105 8th Street N
Northwood, IA 50459

Progress Service Group, Inc.
11124 South Towne Sq. #101
Saint Louis, MO 63123

Rebecca Case
Stone Leyton & Gershman
7733 Forsyth
Suite 500
Saint Louis, MO 63105

Schmidt Equipment & Supply
8064 Chivvid Drive
Saint Louis, MO 63123

Sure Good Foods Ltd.
7000 Central Parkway #1100
Atlanta, GA 30328

Tipper Tie
2000 Lufkin Road
Apex, NC 27539

Trinity Logistics
345 Marshall Road
ATTN: Jim Simon
Saint Louis, MO 63119

UFCW Local 655
300 Weidman Road
Ballwin, MO 63011

United Food & Comm Pension Fund
P.O. Box 6000
Frankfort, IL 60423

Viscofan
915 N. Michigan Ave
Danville, IL 61834

Weber Inc.
10701 N. Ambassador Dr.
Kansas City, MO 64153

Witte Brothers Exchange Inc.
575 Witte Industrial Court
Troy, MO 63379

Wunderlich Fibre Box Co.
821 Clinton St.
Saint Louis, MO 63102

# United States Bankruptcy Court
### Eastern District of Missouri

In re  **Double G Brands, Inc.**
_____
Debtor(s)

Case No.  _____

Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Double G Brands, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**June 10, 2020**
_____
Date

**/s/ Spencer P. Desai**
_____
**Spencer P. Desai 39877**
Signature of Attorney or Litigant
Counsel for  **Double G Brands, Inc.**
_____
**Carmody MacDonald P.C.**
**120 S. Central Ave., Suite 1800**
**Saint Louis, MO 63105**
**314-854-8600 Fax:314-854-8660**
**spd@carmodymacdonald.com**